IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CURTIS LEON DAVIS,

    Plaintiff,

v.                                                    CASE NO. 1:10-cv-00095-MP -AK

SADIE DARNELL, et al,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court upon the filing of a Motion for Extension of Time to Amend Complaint. (Doc. 6). Having considered said motion, the Court is of the opinion that it should be GRANTED, and Plaintiff shall have through September 30, 2010, to file an amended complaint.

**DONE AND ORDERED** this  *31st* day of August, 2010

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge