IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CURTIS LEON DAVIS,

      Plaintiff,

v.                             CASE NO. 1:10-cv-00095-MP-GRJ

SADIE DARNELL, et al,

      Defendants.

_____/

# O R D E R

Pending before the Court is Plaintiff's Motion for Leave to Supplement. (Doc. 21.) Plaintiff requests permission to supplement his civil rights complaint by attaching additional "legal documents" for the purpose of "more clearly establish[ing] and reflect[ing] the entirety of [the] complaint and claims in this ... cause.

Fed. R. Civ. P. 15(d) provides that a party may file supplemental pleadings when events occur after the date of the pleading to be supplemented. Plaintiff, however, requests leave of court to attach documents which support the events already described. For this purpose, Plaintiff must seek leave of court and file the proposed amended pleading *in its entirety* with the motion. <u>See</u> N.D. Fla. Loc. R. 15.1. Plaintiff requests 60 additional days to file this supplement. Thirty days is more than sufficient time to complete and file an amended pleading. Plaintiff is directed to complete the form complaint sent to him by the Clerk and mark it as the Second Amended Complaint. Plaintiff may attach the supporting documents in his motion as exhibits to the amended complaint.

Accordingly, it is **ORDERED**:

1.   Plaintiff's Motion for Leave to Supplement (Doc. 21) is **GRANTED IN PART**, insofar as Plaintiff may have additional time to file a motion for leave to amend with the attached proposed amended complaint.  The motion is **DENIED** in all other respects.

2.   The Clerk of Court shall mail to Plaintiff a form complaint for prisoners filing a civil rights complaint and Plaintiff shall complete this form and file it no later than **March 7, 2011.**

**DONE AND ORDERED** this 7th  day of February, 2011.


*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge