IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CURTIS LEON DAVIS,

    Plaintiff,

v.                                    CASE NO. 1:10-cv-00095-MP-GRJ

SADIE DARNELL, KENNETH ALAN HOLT, ALLISON MAGEE, STEPHEN MAYNARD, MATTHEW STRANG, JOSHUA J ZINGG,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 27, Motion for Extension of Time to File Objections by Curtis Leon Davis. Plaintiff moves the Court for a sixty-day extension of time to respond to the magistrate Judge's report and recommendation. Plaintiff is a pro se litigant and has limited access to the law library. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.     Plaintiff's motion for extension of time, Doc. 27, is GRANTED.

2.     Plaintiff may file objections to the report and recommendation on or before December 16, 2011.

**DONE AND ORDERED** this _18th_ day of October, 2011

        *s/Maurice M. Paul*
        Maurice M. Paul, Senior District Judge